UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENA K. DE SANTIAGO-YOUNG, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-179 |
| HISTOPATH, INC., *et al*, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Plaintiff's Third Amended Complaint (D.E. 30), Defendant Histopath, Inc's opposition and motion to dismiss claims (D.E. 31), and Plaintiffs reply (D.E. 33). After due consideration, the Court GRANTS Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Complaint.

The Clerk of the Court is ordered to file Plaintiffs' Third Amended Complaint, which was filed as Exhibit 1 to Plaintiffs' Motion for Leave. (D.E. 30).

Defendant Histopath's motion to dismiss was premature at the time it was filed. The Clerk of the Court is ordered to file Defendant Histopath's motion to dismiss which was filed within Defendant Histopath's opposition to Plaintiffs' motion for leave as of the date of this Order. (D.E. 31). Plaintiff will have 21 days to respond as set forth in the Local Rules for the Southern District of Texas.

ORDERED this 10th day of March, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE